UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

__YOLANDRA SMITH__,  )
    Plaintiff(s),  )
  )
v.  )  Case No.
  )
  )
__FOUNDATION CARE, LLC__  )
    Defendant(s).  )

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now __YOLANDRA SMITH__ and notifies the court of the intent to use
(Plaintiff or Defendant)

__Specialty Services__
(name and address of process server)

__1309 Convention Plaza__

__St. Louis, MO 63103__

To serve:
__Daniel Blakeley, Agent/Owner of DEF Co.__ in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the

requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

__07-26-2016__          _____
(date)                               (attorney for Plaintiff)

                                        _____
                                        (attorney for Defendant)