AO 440 (Rev. 10/93)   Summons in a Civil Action

# United States District Court

EASTERN DISTRICT OF MISSOURI

YOLANDRA D. SMITH
    Plaintiff
      V.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

FOUNDATION CARE LLC
    Defendant

TO: (Name and address of defendant)   Serve: Registered Agent and Owner

Mr Daniel Blakeley
Foundation Care LLC
4010 Wedgeway Court
Earth City, MO 63045

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Law Office Of James Robinson LLC
1100 North Sarah
P.O. Box # 372051
St. Louis, MO 63137

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| CLERK | DATE |
|---|---|
| (BY) DEPUTY CLERK | |

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me† | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    *Date*                                                          *Signature of Server*

                                                                              _____
                                                                              *Address of Server*

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.