IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| YOLANDRA SMITH ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE #: 4:16 CV-01224 JCH |
| V. ) | |
| ) | |
| FOUNDATION CARE LLC ) | |
| ) | |
| Defendant ) | |

**DESIGNATION OF NEUTRAL BY PARTIES**

**AND**

**ADR CONFERENCE REPORT**

Pursuant to the Court's <u>Order Referring Case to ADR,</u> for **mediation,** the parties hereby designate by agreement the following individual from the Court's list of Certified Neutrals to serve as Neutral in the above-styled action:

**NAME OF NEUTRAL:**        Frank Neuner, Esq.

**FIRM NAME AND ADDRESS:**        SPENCER FANE LLP
# 1 N. Brentwood Blvd.
Suite # 1000
Clayton, MO 63105

**TELEPHONE NO:**        314-863-7733 / 314-333-3891

**ATTORNEY'S OF RECORD IN THIS CASE:**

**NAME OF COUNSEL:**        James C. Robinson, Esq.
**FIRM NAME AND ADDRESS:**        Law Office Of James Robinson LLC
1100 N. Sarah
P.O. Box # 372051
St. Louis, MO 63137
314-667-5303 Office
314-653-1421 Fax

**NAME OF OTHER COUNSEL:**  Susan Bassford Wilson, Esq.

**FIRM NAME AND ADDRESS:**  CONSTANGY, BROOKS, SMITH & PROHETE, LLP
7733 Forsyth Blvd., Suite 1325
St. Louis, MO 63105

314-925-7275 Office
314-925-7285 Fax

---

The parties, in consultation with the assigned neutral, hereby designate by agreement the following date, time and location of the initial ADR Conference:

**DATE OF CONFERENCE:**     THURSDAY, FEBRUARY 16, 2017
**TIME OF CONFERENCE:**     10:00 A.M.

**LOCATION OF CONFERENCE:** **SPENCER FANE LLP**
**# 1 N. BRENTWOOD BLVD.**
**CLAYTON, MO 63105**

We, the undersigned parties to this action, declare that this designation is both consensual and mutual.

DATE: January 10, 2017

/s/ James Robinson, Esq.
_____,
Signature of Plaintiff, MO BAR # 30969

/s/ Susan Bassford Wilson, Esq.
_____,
Signature of Defendant, MO BAR # 60621

Respectfully submitted,

LAW OFFICE OF JAMES ROBINSON LLC


_____/s/James Robinson_____

James Robinson # 30969
1100 North Sarah
P.O. Box # 372051
St. Louis, MO 63137
314-667-5303 Office
314-653-1421 Fax


Attorney for Plaintiff  Yolandra Smith


CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this this 10th day of January, 2017, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following counsel of record:

CONSTANGY, BROOKS, SMITH & PROHETE, LLP
ATTN: Susan Bassford Wilson, Esq.
7733 Forsyth Blvd., Suite 1325
St. Louis, MO 63105

/s/ James Robinson_____