**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| **YOLANDRA D. SMITH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 4:16-CV-01224-JCH |
| | ) |
| **FOUNDATION CARE LLC,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## JOINT MOTION FOR EXTENSION OF ADR DEADLINES

COME NOW the parties, by and through counsel, and move the Court for a two-week extension of the ADR conference deadline up to February 17, 2017, and a two-week extension for the submission of the ADR Compliance Report up to March 3, 2017.  In support of the joint Motion, the parties state as follows:

1. The Court referred the matter to mediation on December 6, 2016.  [Doc. 28]

2. The Court previously granted a two-week extension of time for the parties to submit the Designation of Neutral by Parties and ADR Conference Report [Doc. 31], which was submitted on January 10, 2017.  [Doc. 32]

3. Due to scheduling conflicts of the parties and the availability of the mediator, the mediation has been set for February 16, 2017, which is approximately two weeks beyond the termination of the original ADR referral.

4. Thus, the parties request a two-week extension of time of both the ADR referral deadline and the deadline for submission of the ADR Compliance Report.

5. This Motion is not made for the purpose of delaying the adjudication of this case or for any other improper purpose, but is made in good faith. No party will suffer no prejudice if the Court grants this Motion.

WHEREFORE, the parties jointly request that the Court grant a two-week extension of time of the ADR referral up to February 17, 2017, and for the submission of the ADR Compliance Report up to March 3, 2017, and for such other relief as the Court deems just and proper.

Respectfully submitted this 14th day of January, 2017.

        LAW OFFICE OF JAMES ROBINSON LLC

        /s/     *James Robinson*     .
        James Robinson
        1100 North Sarah
        P.O. Box #372051
        St. Louis, MO 63137
        attorneyjrobinson@hotmail.com

        Attorney for Plaintiff

        CONSTANGY, BROOKS, SMITH & PROPHETE, LLP

        */s/ Susan Bassford Wilson*     .
        Susan Bassford Wilson, #60621
        7733 Forsyth Blvd., Suite 1325
        St. Louis, MO 63105
        T: (314) 338-3740
        F: (314) 727-1978
        swilson@constangy.com

        Attorney for Defendant Foundation Care LLC

4291553v.1